**Opinion filed January 21, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00291-CR

_____

## BENJAMIN ISAIAH WOLFE, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**

**Taylor County, Texas**

**Trial Court Cause No. 2-1058-08**

## M E M O R A N D U M   O P I N I O N

The jury convicted Benjamin Isaiah Wolfe of harassment, and the trial court assessed his punishment at confinement for 180 days and a $1,000 fine. The imposition of the confinement portion of the sentence was suspended, and appellant was placed on community supervision for twenty-four months. We dismiss.

The clerk of the trial court has notified this court in writing that appellant has failed to make arrangements to pay for the clerk's record. Appellant did not file an affidavit of inability to pay for

the record and has not been declared unable to pay costs. The failure to file the clerk's record appears to be due to appellant's actions. TEX. R. APP. P. 37.3(b).

The appeal is dismissed.

PER CURIAM

January 21, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.